TIMOTHY COURCHAINE
United States Attorney
District of Arizona

SHEILA PHILLIPS
Assistant United States Attorney
Michigan State Bar No. P51656
Two Renaissance Square
40 N. Central Ave., Suite 1800
Phoenix, Arizona 85004
Telephone: 602-514-7500
Email: Sheila.Phillips2@usdoj.gov
Attorneys for Plaintiff

```
 ✓  FILED        ___ LODGED
___ RECEIVED ___ COPY

     JUL 0 8 2025

CLERK U S DISTRICT COURT
  DISTRICT OF ARIZONA
BY___15(7_____Z DEPUTY
```

REDACTED FOR
PUBLIC DISCLOSURE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>        Plaintiff,<br><br>        vs.<br><br>1.  Dottie Lynn Klitscher,<br>     (Count 1)<br><br>2.  Edward Eugene Shriner,<br>     (Counts 2 and 3)<br><br>        Defendants. | No.    CR-25-00991-PHX-SMB (JZB)<br><br>**INDICTMENT**<br><br>VIO:  18 U.S.C. §§ 922(a)(6) and<br>       924(a)(2)<br>      (Material False Statement During the<br>      Purchase of a Firearm)<br>      Count 1<br><br>      18 U.S.C. §§ 922(a)(6), 924(a)(2)<br>      and 2<br>      (Material False Statement During the<br>      Purchase of a Firearm, Aid and Abet)<br>      Count 2<br><br>      18 U.S.C. §§ 922(g)(1) and 924(a)(8)<br>      (Felon in Possession of a Firearm)<br>      Count 3<br><br>      18 U.S.C. §§ 924(d),<br>      21 U.S.C. §§ 853; and<br>      28 U.S.C. § 2461(c)<br>      (Forfeiture Allegation) |

**THE GRAND JURY CHARGES:**

## COUNT 1

On or about September 7, 2024, in the District of Arizona, Defendant, DOTTIE LYNN KLITSCHER, knowingly made a false statement and representation in connection

with the acquisition of a firearm to Virtus Armament, which was intended and likely to deceive the business as to a fact material to the lawfulness of a sale of a firearm by Virtus Armament, which is licensed under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of Virtus Armament, in that Defendant, DOTTIE LYNN KLITSCHER, executed a Department of Justice, Bureau of Alcohol, Tobacco, Firearms and Explosives Form 4473, Firearms Transaction Record, stating she was the actual transferee/buyer, whereas in truth in fact, she knew she was buying the firearm on behalf of another person.

In violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

## COUNT 2

On or about September 7, 2024, in the District of Arizona, Defendant, EDWARD EUGENE SHRINER, knowingly and intentionally aided and abetted Defendant, DOTTIE LYNN KLITSCHER, to make a false statement and representation in connection with the acquisition of a firearm to Virtus Armament, which was intended and likely to deceive Virtus Armament, as to a fact material to the lawfulness of a sale of the firearm by Virtus Armament, which is licensed under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of Virtus Armament, in that Defendant, DOTTIE LYNN KLITSCHER, executed a Department of Justice, Bureau of Alcohol, Tobacco, Firearms and Explosives Form 4473, Firearms Transaction Record, stating she was the actual transferee/buyer, whereas in truth in fact, Defendant, EDWARD EUGENE SHRINER, induced Defendant, DOTTIE LYNN KLITSCHER, to execute a Department of Justice, Bureau of Alcohol, Tobacco, Firearms and Explosives Form 4473, Firearms Transaction Record, stating she was the actual transferee/buyer, whereas in truth in fact, they both knew she was buying the firearm on behalf of another person.

In violation of Title 18, United States Code, Sections 922(a)(6), 924(a)(2) and 2.

## COUNT 3

On or about September 7, 2024, in the District of Arizona, Defendant, EDWARD EUGENE SHRINER, knowing that he had been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm, that is, a FN M249S rifle with serial number M249SA10251, said firearm having been shipped and transported in interstate and foreign commerce.

All in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

## FORFEITURE ALLEGATION

The Grand Jury realleges and incorporates the allegations of Counts 1 through 3 of this Indictment, which are incorporated by reference as though fully set forth herein.

Pursuant to Title 18, United States Code, Section 924(d), Title 21, United States Code, Section 853, and Title 28, United States Code, Section 2461(c), and upon conviction of the offense alleged in Counts 1 through 3 of this Indictment, the defendants shall forfeit to the United States of America all right, title, and interest in (a) any property constituting, or derived from, any proceeds the persons obtained, directly or indirectly, as the result of the offense, and (b) any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of such offense, including, but not limited to the following involved and used in the offense: FN M249S rifle with serial number M249SA10251.

If any of the above-described forfeitable property, as a result of any act or omission of the defendants:

(1) cannot be located upon the exercise of due diligence,

(2) has been transferred or sold to, or deposited with, a third party,

(3) has been placed beyond the jurisdiction of the court,

(4) has been substantially diminished in value, or

(5) has been commingled with other property which cannot be divided without difficulty,

it is the intent of the United States to seek forfeiture of any other property of said

- 3 -

defendant(s) up to the value of the above-described forfeitable property, pursuant to Title 21, United States Code, Section 853(p).

All in accordance with Title 18, United States Code, Section 924(d), Title 21, United States Code, Section 853, Title 28, United States Code, Section 2461(c), and Rule 32.2, Federal Rules of Criminal Procedure.

A TRUE BILL

*s/*
FOREPERSON OF THE GRAND JURY
Date:  July 8, 2025

TIMOTHY COURCHAINE
United States Attorney
District of Arizona

*s/*
SHEILA PHILLIPS
Assistant U.S. Attorney

- 4 -